Matter of Sabiev v Titus (2025 NY Slip Op 04251)

Matter of Sabiev v Titus

2025 NY Slip Op 04251

Decided on July 23, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ROBERT J. MILLER, J.P.
PAUL WOOTEN
DEBORAH A. DOWLING
JANICE A. TAYLOR, JJ.

2025-07065

[*1]In the Matter of Anton Sabiev, petitioner,
v
Michele Titus, etc., et al., respondents.

Anton Sabiev, Tariffville, Connecticut, petitioner pro se.

DECISION & JUDGMENT
Proceeding pursuant to CPLR article 78, inter alia, in effect, in the nature of mandamus to compel the respondent Michele Titus, a Justice of the Supreme Court, Queens County, to decide certain motions in an underlying civil action entitled Gandrabur v Sabiev , pending in the Supreme Court, Queens County, under Index No. 724179/20, and to direct the recusal of the respondent Michele Titus from that action.
ADJUDGED that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.
The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (see Matter of Legal Aid Socy. of Sullivan County v Scheinman , 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought.
MILLER, J.P., WOOTEN, DOWLING and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court